1 BARRY J. PORTMAN
Federal Public Defender
2 COLLEEN MARTIN
Assistant Federal Public Defender
3 555 12th St. – Suite 650
Oakland, CA 94607-3627
4 Tel. 510-637-3500

5 Counsel for Defendant CARSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 06-391 SBA |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION FOR CONTINUANCE AND ORDER |
| v. | ) ) | |
| JOSHUA CARSON, | ) ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS ON REVOCATION HEARING date of May 19, 2008, scheduled at 2:00 p.m., before the Honorable Saundra Brown Armstrong, be vacated and reset as a DISPOSITION AND SENTENCING for July 1, 2008 at 9:00 a.m.

This continuance is necessary to allow the Probation Office sufficient time to prepare a report. No exclusion of time is necessary, given that this is a violation of supervised release action.

The Probation Office is agreeable to the date of July 1, 2008.

STIPULATION                                            - 1 -

DATED: May 6, 2008                   /S/
KESLIE STEWART
Assistant United States Attorney

DATED: May 6, 2008                   /S/
COLLEEN MARTIN
Assistant Federal Public Defender
Counsel for Joshua Carson

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status conference date in this case, currently scheduled for Monday, May 19, 2008 at 2:00 p.m., may be continued to Tuesday, July 1, 2008 at 10:00 a.m. for disposition and sentencing.

SO ORDERED.

DATED: 5/7/08                   *Saundra B Armstrong*
HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Judge